

# Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HAIDAR S. ALSALEH. Appellant

No. 05-98-00023-CV        V.

HIYAM H. NAJIM, Appellee

Appeal from the 282nd Judicial District
Court of Dallas County, Texas. (Tr.Ct.No.
CV96-00630-S).
Opinion delivered per curiam before a panel
of Justices Kinkeade, Bridges, and Roach.


       Based on the Court's opinion of this date, the appeal is **DISMISSED**. Appellant shall bear all costs of appeal.


Judgment entered February 26, 1999.


JOHN R. ROACH
JUSTICE

**DISMISSED and Opinion Filed February 26, 1999**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

No. 05-98-00023-CV

---

**HAIDAR S. ALSALEH, Appellant**

**V.**

**HIYAM H. NAJIM, Appellee**

On Appeal from the 282ⁿᵈ Judicial District Court
Dallas County, Texas
Trial Court Cause No. CV96-00630-S

## OPINION PER CURIAM

Before Justices Kinkeade, Bridges, and Roach

On appellee's January 28, 1999 motion, this appeal is **DISMISSED** as moot. *See* TEX.

R. APP. P. 43.2(f).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47